# MEMORANDUM DECISIONS.

BARROW S. S. CO. v. KANE. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. See 18 Sup. Ct. 526.

In re BOWLAR. (Circuit Court of Appeals, Ninth Circuit. February 7, 1898.) No. 402. E. N. Harwood, for petitioner. Before GILBERT, ROSS, and MORROW, Circuit Judges.

PER CURIAM. This is an application for a writ of habeas corpus similar in all respects to the application of Abraham L. Huntley, just considered and determined (85 Fed. 889). The facts being similar in all respects, for the reasons given in the opinion delivered in Re Huntley, the writ prayed for by the present petitioner will be issued.

DIKE v. UNION PAC. RY. CO. (Circuit Court of Appeals, Second Circuit. March 2, 1898.) No. 40. Appeal from the Circuit Court of the United States for the Southern District of New York. Frederick A. Wood, for appellant. E. Ellery Anderson, for appellee. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. The opinion of Judge Coxe (78 Fed. 216) so carefully and satisfactorily disposes of the questions discussed in this court that we deem it unnecessary to enlarge upon his views, and affirm the decree upon his opinion.

HUNT v. ARCHIBALD et al. (Circuit Court of Appeals, First Circuit. April 20, 1898.) No. 232. Appeal from the Circuit Court of the United States for the District of Massachusetts. Before PUTNAM and WEBB, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Whereas no judge who concurred in the judgment (28 C. C. A. 641, 84 Fed. 1018) desires that the petition for rehearing be granted, or permitted to be argued, it is ordered that the same is denied, and that a mandate issue forthwith.

THE JOHN G. STEVENS. (Circuit Court of Appeals, Second Circuit.) Questions of law certified to the supreme court of the United States. See 18 Sup. Ct. 544.